*L. Quinlan, Jr.,* for appellant; *Lawrence A. Ruth,* Assistant District Attorney, with him *Richard A. Devlin* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

SPAULDING, J., absent.

## Commonwealth *v.* Paige, Appellant.

Before Mc-GLYNN, JR., J.

Argued March 18, 1969. *Paul B. Pollack,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Ray, Appellant.

Before REED, J.

Submitted March 19, 1969. *Charles Jay Bogdanoff,* for appellant; *John M. Phelan* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney,

772

and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Rembisz, Appellant.

Submitted March 17, 1969. *Joseph Wassell*, Assistant Public Defender, for appellant; *James E. O'Brien*, Assistant District Attorney, and *Joseph J. Cimino*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Richardson, Appellant.

Before BRADLEY, J. Submitted March 18, 1969. *Leonard Turner*, for appellant; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Richardson, Appellant.

Before KURTZ, JR., J. Submitted March 17, 1969. *P. Richard Klein*, Public Defender, for appellant; *M. Joseph Melody*, Assistant District Attorney, and *Norman J. Pine*, District Attorney, for Commonwealth, appellee.

Order affirmed.